UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA VALDEZ, individually, and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>HEAT MAKE SENSE, INC., a California corporation dba AMIKA; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | CASE NO. 2:21-cv-01302-KJM-KJN<br><br>Assigned to: Judge Kimberly J. Mueller<br><br>Magistrate Judge: Judge Kendall J. Newman<br><br>**ORDER GRANTING JOINT STIPULATION TO REMAND CASE TO STATE COURT** |

**ORDER**

GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that this matter is remanded to the Superior Court of California, County of Sacramento for settlement purposes.

This case is CLOSED.

**IT IS SO ORDERED.**

DATED: May 20, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE